IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASE NO.: 2:14-CV-13374-SJM

EFREM WALKER, Individually,

      Plaintiff,

v.

BLOOMFIELD HILLS CENTER, INC.,
a Michigan Corporation,

      Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and the Defendant, be and the same is hereby approved;
2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;
3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and
4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

      SO ORDERED.

                s/Stephen J. Murphy, III
                Stephen J. Murphy, III
                United States District Judge

Dated:  July 1, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 1, 2015, by electronic and/or ordinary mail.

                s/Carol Cohron
                Case Manager